IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK BEER**, <br><br> Plaintiff, <br><br> v. <br><br> **ADVANCED AUTO PARTS, INC.**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 5:19-cv-05939-KSM |

## ORDER

**AND NOW**, this 15th day of July 2020, having considered Defendant's Partial Motion to Dismiss (Doc. No. 9), Plaintiff's opposition thereto (Doc. No. 10), and Defendant's Reply (Doc. No. 11), it is **ORDERED** that Defendant's Partial Motion to Dismiss (Doc. No. 9) is **GRANTED as follows:**

- Count II of Plaintiff's Complaint (Doc. No. 1) is **DISMISSED without prejudice**;
- Plaintiff shall have until **August 4, 2020** to file an Amended Complaint that remedies the deficiencies outlined in the memorandum accompanying this Order.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

---

[1] If Plaintiff does not timely file an amended complaint, the parties shall proceed only with Count I in the original Complaint.